ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

BIRNEY B. BERVAR   5482
1400 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile: (808) 550-4991

Attorney for Defendant
Phillip Phomphakdy

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2008

at 3 o'clock and 25 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00316 HG |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF MOTION;** |
| vs. | ) | **DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE;** |
| PHILLIP PHOMPHAKDY, | ) | **DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE** |
| Defendant. | ) | |
| | ) | Hearing |
| | ) | Date: _____ |
| | ) | Time: _____ |
| | ) | Judge: _____ |

## NOTICE OF MOTION

TO:   Beverly Wee Sameshima
      Assistant United States Attorney
      300 Ala Moana Boulevard
      Room #6-100 PJKK, Federal Building
      Honolulu, Hawaii 96850
         Attorney for Plaintiff
         United States of America


      United States Probation Office
      300 Ala Moana Boulevard, C-100
      Honolulu, Hawaii 96850


PLEASE TAKE NOTICE that the following motion will be heard before the Honorable _____, in her/his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at _____ or as soon as counsel may be heard.

DATED: Honolulu, Hawaii, August 22, 2008.

_____
BIRNEY B. BERVAR
Attorney for Defendant
Phillip Phomphakdy

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHILLIP PHOMPHAKDY, )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | Cr. No. 04-00316 HG<br><br>**DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

**DEFENDANT'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE**

Comes Now, Defendant Phillip Phomphakdy (hereinafter "Defendant"), through counsel, Birney B. Bervar and moves for early termination of his supervised release term of five (5) years. In support of this motion, Defendant states as follows:

1. Defendant was sentenced on April 29, 2005 to a term of thirty (30) months incarceration to be followed by a period of five (5) years of supervised release.

2. Defendant served his incarceration and was released on supervised release on August 10, 2007.

2

3.  Defendant has been fully compliant with all the terms and conditions of his supervised release.

4.  While still incarcerated and since his release, Defendant substantially assisted the government in its investigation and prosecution of others who have committed criminal offenses. Despite his similar cooperation prior to sentencing, Defendant never received the benefit of a government motion for a downward departure in sentencing for his substantial assistance.

DATED: Honolulu, Hawaii, August 22, 2008.

_____
BIRNEY B. BERVAR
Attorney for Defendant
Phillip Phomphakdy

2