IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 04-00316 HG |
| ) | |
| Plaintiff, ) | **DECLARATION** |
| ) | **OF COUNSEL** |
| vs. ) | |
| ) | |
| PHILLIP PHOMPHAKDY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

## DECLARATION OF COUNSEL

I, BIRNEY B. BERVAR, declare as follows:

1.   I am the attorney for Defendant Phillip Phomphakdy in this matter.

2.   The facts and circumstances stated in the attached motion and are true and correct to the best of my knowledge and belief.

Executed this 22 day of August 2008, Honolulu, Hawaii.

BIRNEY B. BERVAR