IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00316 HG |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF** |
| | ) | **SERVICE** |
| vs. | ) | |
| | ) | |
| PHILLIP PHOMPHAKDY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following party on this date, by facsimile, hand delivery or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawaii, as indicated and addressed as set forth below:

      Beverly Wee Sameshima                  **Hand Delivery**
      Assistant United States Attorney
      300 Ala Moana Boulevard
      Room #6-100 PJKK, Federal Building
      Honolulu, Hawaii  96850
            Attorney for Plaintiff
            United States of America

United States Probation Office          **Hand Delivery**
300 Ala Moana Boulevard, C-100
Honolulu, Hawaii  96850


DATED:  Honolulu, Hawaii, August ⊃ス , 2008.

                              /s/ Birney B. Bervar
                              BIRNEY B. BERVAR
                              Attorney for Defendant
                              Phillip Phomphakdy