# MINUTES

CASE NUMBER:       CR 04-00316HG

CASE NAME:         US v. Phillip Phomphakdy

ATTY FOR           Beverly W. Sameshima, AUSA
PLAINTIFF:

ATTY FOR           Birney B. Bervar, Esq.
DEFENDANT:

---

JUDGE:  Helen Gillmor        REPORTER:

DATE:   September 9, 2008    TIME:

---

**MINUTE ORDER**

    Pursuant to Local Rule 7.2(d), the Court will decide DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (Doc. 47) without hearing.

    The Defendant has a sixty month term of supervised release and has served 12 months. The Court notes that he has not had any violations of his supervised release. It is too early to consider termination of supervised release. It would be appropriate for a renewed motion at 30 months if Defendant has not had any violations of the terms of supervised release.

    Submitted by:  Mary Rose Feria, Courtroom Manager


cc:   Above counsel
      U.S. Probation Officer, Joyce K.F.K. Lum
      Chief Judge Gillmor's chambers